FILED' 10 NOV 01 11:22 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ANTHONY TORREZ,

       Petitioner,

v.

GUY HALL, Superintendent,
Two Rivers Correctional Institution,

       Respondent.

Civil No. 07-1217-PK

ORDER

    Harold P. DuCloux, III
    Assistant Federal Public Defender
    101 S.W. Main Street, Suite 1700
    Portland, Oregon 97204

       Attorney for Petitioner

    John R. Kroger
    Attorney General
    Lynn David Larsen
    Attorny-In-Charge
    Department of Justice
    1162 Court Street N.E.
    Salem, Oregon 97301

       Attorneys for Respondent

1 - ORDER

MARSH, Judge.

Magistrate Judge Paul Papak filed his Findings and Recommendation on September 9, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has filed timely objections. I have, therefore, given the file of this case a *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation #52 of Magistrate Judge Papak. Petitioner's request for an evidentiary hearing is denied on the basis that petitioner's free-standing claim of actual innocence is not properly before the court. Finally, because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this ___1___ day of November, 2010

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER